UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLAYTON T. KUHN,

       Plaintiff,

                                           CASE NO.:  8:18-cv-419-T-02AAS

       v.

DIVERSIFIED CONSULTANTS, INC.,

       Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

    Defendant, Diversified Consultants, Inc. (DCI), through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents.  Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: October 11, 2018

                                           Respectfully submitted,

                                           */s/ Michael P. Schuette*
                                           Michael P. Schuette, Esq.
                                           Florida Bar No. 0106181
                                           Dayle M. Van Hoose, Esq.
                                           Florida Bar No. 0016277
                                           SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
                                           3350 Buschwood Park Drive, Suite 195
                                           Tampa, Florida 33618
                                           Telephone: (813) 890-2460
                                           Facsimile: (866) 466-3140
                                           mschuette@sessions.legal

        dvanhoose@sessions.legal

*Attorneys for Defendant,*
*Diversified Consultants, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on this 11th day of October 2018, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below. Parties may access this filing through the Court's system.

    Benjamin Raslavich, Esq.
    Kuhn Raslavich, P.A.
    2124 W. Kennedy Blvd., Suite B
    Tampa, Florida 33606
    ben@theKRfirm.com

    */s/ Michael P. Schuette*
    Attorney